IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**TRACEY LUCAS**
460 Taylor Street NE #G34
Washington, D.C. 20017

       Plaintiff,

v.                                              :        Case No.

**GOVERNMENT EMPLOYEE INSURANCE COMPANY**

SERVE:
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

       Defendant.

## COMPLAINT

COMES NOW the Plaintiff, Tracey Lucas, by and through her attorneys, Matthew Tievsky, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### JURISDICTION AND VENUE

1. Proper jurisdiction and venue lie in this Court, pursuant to 28 U.S.C. § 1364 and because the incident at issue occurred in the District of Columbia.

### COUNT I

2. On or about April 23, 2016, Plaintiff Tracey Lucas was operating a motor vehicle, proceeding southbound on 15th

Street NW, at or near the intersection with Pennsylvania Avenue NW, in the District of Columbia.

3.   At said time and place, Serigne Kebe was operating a motor vehicle, proceeding directly behind Plaintiffs' vehicle.

4.   Mr. Kebe was a member of the family of a mission, within the meaning of 22 U.S.C. § 254a and 28 U.S.C. § 1364.

5.   At said time and place, Mr. Kebe negligently operated his vehicle in such a manner as to strike the rear of Plaintiffs' vehicle, which was lawfully stopped on the roadway due to a red traffic signal ahead.

6.   At all relevant times mentioned herein, Mr. Kebe owed a continuing duty to operate his vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiff.

7.   Mr. Kebe breached the duties owed to the Plaintiff. The collision referred to herein was caused by the negligence of Mr. Kebe who, <u>inter alia</u>, failed to maintain a safe distance between his vehicle and Plaintiff's vehicle, failed to yield the right of way, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate his vehicle at a safe and reasonable speed, failed to maintain control of his vehicle, failed to operate his vehicle so as to avoid a collision, and failed to obey the rules and regulations of the District of Columbia, then and there in full force and effect.

At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

8. As a direct and proximate result of Mr. Kebe's aforesaid negligence, Plaintiff suffered injuries and damages, including, but not limited to: post-traumatic headaches; cervical and lumbosacral strain; and contusion to the right heel and a toe of the right foot; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

9. At all times relevant, Mr. Kebe was by contract insured by Defendant Government Employees Insurance Company.

WHEREFORE, Plaintiff Tracey Lucas demands judgment of and against Defendant Government Employees Insurance Company, in the full amount of Seventy-Five Thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

_____
Matthew Tievsky
D.C. Bar No. 1004955
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600
tievsky@dc-law.net
Attorneys for Plaintiff