UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

TRACEY LUCAS

        Plaintiff

v.

GEICO

        Defendant

Case No. 1:16-cv-02317-RDM

## PRAECIPE OF DISMISSAL

The Clerk will kindly enter the above-captioned matter as SETTLED and DISMISSED, with prejudice and without costs.

*/s/ Matthew W. Tievsky*
Matthew W. Tievsky
Bar No: 1004955
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th St., N.W.
Washington, D.C. 20036
202-659-8600
Tievsky@dc-law.net
Counsel for Plaintiff

*/s/ Judd A. Rafey*
Judd A. Rafey
Bar No: 441785
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910
(301) 587-9626
jarafey@geico.com
Counsel for Defendant